IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALFRED R. LaPETER and<br>SHARON R. LaPETER, as Trustees<br>of the LaPeter 1985 Living Trust,<br><br>        Plaintiffs,<br><br>  v.<br><br>CANADA LIFE INSURANCE<br>OF AMERICA,<br><br>        Defendant. | Case No. CV-06-121-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgement,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered in favor of Defendant Canada Life Insurance Of America, and that this case be dismissed in its entirety.



DATED:  **August 3, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment** - 1