IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALFRED R. LaPETER and ) <br> SHARON R. LaPETER, as Trustees ) <br> of the LaPeter 1985 Living Trust, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CANADA LIFE INSURANCE ) <br> OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CV-06-121-S-BLW <br><br> **ORDER** |

The Court has before it Canada Life's Motion to Correct Clerical Mistake in Memorandum Decision and Order (Docket No. 92). The motion is unopposed. Accordingly, the Court will correct the following four clerical mistakes in its original opinion: (1) correct the spelling of verbiage on page 8 of the original decision; (2) correct the spelling of the name LaPeter on page 10 of the original decision; (3) add a closing quote after the word provisions at the end of the first paragraph on page 13; and (4) change the second to the last sentence of the Memorandum Decision, just before the Order section, to read as follows: Moreover, given the Court's determination above that the conditions precedent were not met, the Court finds that Canada Life's representations were not false,

**Order** - **1**

even under LaPeter's reading of the Commitment Letter.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Canada Life's Motion to Correct Clerical Mistake in Memorandum Decision and Order (Docket No. 92) shall be, and the same is hereby GRANTED.

IT IS FURTHER ORDERED that, concurrently herewith, the Court will enter an Amended Memorandum Decision and Order incorporating the above corrections to the Court's original Memorandum Decision and Order.

DATED: **September 5, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court